

# BAXLEY POLICE DEPARTMENT
560 BARNES STREET
SUITE C
BAXLEY, GEORGIA 31513
Telephone (912) 367-8305
Fax Number (912) 367-8335

**JAMES L. GODFREY**
*Chief of Police*



December 3, 2002



Baxley Police Department

Ref: Disciplinary Action:

   This correspondence is in regards to the events of November 17, 2002, in which your shift answered a call to the Babcock Furniture Store. In regards to this call, by your admission you and your staff secured the building and where awaiting the arrival of the manager or someone to secure the business. During which another call came in from the Appling General Hospital in regards to them needing assistance from a subject attempting to make threats to the staff.

   During this call you where contacted by Sgt. Jones in regards to the nature of the call, and supposingly that he needed assistance. Apparently after not receiving a favorable reply to his request he contacted me, where I directed him to contact Inv. Jerry Baxley of the Appling County Sheriff's Office and the Georgia Bureau of Investigation for their assistance in this incident.

   On your arrival back at the scene of the burglary and while you were attempting to find out what problem Sgt. Jones had an argument erupted between the two of you. After which tempers seemed to flair and caused a scene with the employees of the business and to other officers.

   This erupted even further to the point that Sgt. Jones made a face to face confrontation with you, and your only recourse was to leave another officer there and get in your unit and leave, instead of taking a corrected action to either sent Sgt. Jones to the office and wait for you to discuss this matter more in detail, to get to the root of the problem and see what direction you should proceed or either to sent Sgt. Jones to the house to face a more sever type of discipline.

I find fault with both you and Sgt. Jones in this matter. I expect you to be a leader, not one of the boys. You're to set an example, to run the shift, what ever it takes, but to keep our business our business. When you are anyone else lets it get in the public it only destroys the efficiency of its members, and demeans it standings.

I therefore find that your in violation of the City of Baxley policies and procedures section 6 subsection in that you mishandled an already volatilize situation, instead of taking a firm stand, you allowed yourself to drawn into making a bad judgment call.

In conclusion you're to rethink your way of handling any personnel under you and to be a more effective leader. To be a Lieutenant, one cannot surd their duty. If they do they'll be those who will try you. This is to serve as a written reprimand and I hope that this will end this type of behavior. This will become part of your personnel file.

If we as supervisors see a problem coming, we need to take appropriate steps to ensure that remains a workable solution or either take the measures to eradicate it, before it causes more internal destruction.

This is to certify that Lt. John Jones received a copy of this letter:

_____12/10/02_____          _____
Date:                          Lt. John Jones

_____12-09-02_____          _____
Date:                          Chief James L. Godfrey

Cc jtj
Cc file