IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JAMES T. TURNER,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN T. JONES,<br><br>*Defendant.* | Civil Action No. **CV209-013** |

## DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff JAMES T. TURNER, having fully settled all claims in issue in this action and having fully settled all claims which might have been put in issue in this action, does hereby agree and authorize, by and through undersigned counsel of record, that this action be dismissed in its entirety with prejudice and upon the merits. The foregoing case having been settled, the Clerk is hereby authorized to mark the same "Settled and Dismissed With Prejudice."

Respectfully submitted, this 28th day of November, 2011.

/s/ W. Douglas Adams
W. Douglas Adams
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
Tel: (912) 265-1966
Georgia Bar No. 004650
*Attorney for Plaintiff*