# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| JAMES T. TURNER | ) | |
| | ) | |
| v. | ) | CV 209-13 |
| | ) | |
| JOHN T. JONES | ) | |

## ORDER

The Plaintiff in the above captioned case has filed a Stipulation of Dismissal with Prejudice. Plaintiff's claims against Defendant John T. Jones are hereby dismissed with prejudice.

SO ORDERED this ___ day of December, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA